FILED
2005 Jun-15 PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **STAN DAVIS**  )  )  **Plaintiff**  )  )  vs.  )  )  **STATE FARM INSURANCE d/b/a**  )  **STATE FIRE FIRE & CASUALTY**  )  **COMPANY and/or STATE FARM**  )  **AUTO INSURANCE**  )  )  **Defendants**  ) | **CV 04-PT-3358-M** |

## MEMORANDUM

This is to advise that this judge is an insured under several State Farm policies. It is this judge's understanding that this does not call for automatic recusal. If, however, any party requests it within 10 days, this judge will recuse himself without being offended in the least.

**DONE** and **ORDERED** this 15th day of June, 2005.



**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**